AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Steven Aubain | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  18 Civ. 6825 (ER) |
| United States of America | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant United States of America.

Date: 10/09/2018

s/ Anthony J. Sun
*Attorney's signature*

Anthony J. Sun (SDNY No. AS2782)
*Printed name and bar number*

United States Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

anthony.sun@usdoj.gov
*E-mail address*

(212) 637-2810
*Telephone number*

(212) 637-2786
*FAX number*